UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-3046
No. 24-3047
(Consolidated No. 24-3045)
_____

UNITED STATES OF AMERICA,

                 Appellee,

v.

ERIK WARNER AND DEREK KINNISON

                 Appellants.
_____

**UNOPPOSED MOTION TO CONTINUE ABEYANCE**

 Pursuant to Fed. R. App. P. 26(b) and Circuit Rule 26, Erik Warner, through his attorney, Susan F. Wilk, and Derek Kinnison, through his attorney Amy B. Cleary, hereby move this Court for an order continuing the abeyance in this matter for two weeks, until September 20, 2024.

 In support of this motion, the parties state as follows:

 1. Following a jury trial, Warner and Kinnison were convicted on five criminal counts for conduct at the United States Capitol on January 6, 2021, in

1

violation of the following statutes: (1) Conspiracy to Obstruct an Official Proceeding, in violation of 18 U.S.C. § 1512(k); (2) Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. §§ 1512(c)(1), and (2); (3) Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); and (4) Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2). Warner was sentenced to concurrent terms of 27 months' imprisonment in the custody of the Bureau of Prisons on the felony counts and 12 months' imprisonment on the misdemeanor counts. Kinnison was sentenced to 33 months' imprisonment in the custody of the Bureau of Prisons on the felony counts and 12 months' imprisonment on the misdemeanor counts. Warner's projected release date is March 14, 2026. Kinnison's projected release date is August 22, 2026.

2. Warner and Kinnison appealed. The Court subsequently consolidated Warner and Kinnison's appeals with *United States v. Mele* (No. 24-3045), and *United States v. Martinez* (No. 24-3052).

3. On May 31, 2024, before Warner and Kinnison filed their opening briefs, the Court granted Martinez's motion to hold this matter in abeyance pending disposition of *United States v. Fischer*, No. 22-3038, which addressed the scope of § 1512(c)(2) and had been appealed to the Supreme Court. The parties were ordered

to file motions to govern future proceedings within 30 days of the issuance of this Court's mandate in *Fischer*.

4. On June 28, 2024, the Supreme Court decided *Fischer v. United States*, 144 S. Ct. 2176 (2024). The Court held that the residual clause of § 1512(c), subsection (c)(2), must be construed to give more precise content than subsection (c)(1), thus making it a crime only to impair the availability or integrity of records, documents, or objects used in an official proceeding in ways other than those specified in (c)(1). On August 7, 2024, this Court issued its mandate in *Fischer*.

5. Mele and Martinez have submitted motions to govern future proceedings seeking remand to the district court for further proceedings. Warner and Kinnison need additional time to confer with counsel and respectfully request that the abeyance be extended for two weeks, or until September 20, 2024.

6. On behalf of the United States, Assistant United States Attorney Reuven Dashevsky does not oppose the requested extension.

## CONCLUSION

WHEREFORE, appellants Eric Warner and Derek Kinnison respectfully request that the instant motion be granted.

Respectfully submitted this 6th day of September, 2024.

    /s/ Susan F. Wilk
Susan F. Wilk
Attorney for Erik Warner

/s/ Amy B. Cleary
Amy B. Cleary
Attorney for Derek Kinnison

## CERTIFICATE OF COMPLIANCE WITH RULE 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 496 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Times New Roman, a proportionally spaced typeface.

<u>/s/ Susan F. Wilk</u>
Susan F. Wilk
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for the United States, Reuven Dashevsky, Chrisellen Rebecca Kolb and USAO Appellate Counsel, on this 6th day of September, 2024.

<u>/s/ Susan F. Wilk</u>
Susan F. Wilk
Assistant Federal Public Defender